No. 96-1225

United States of America,          *
                                   *
          Plaintiff - Appellee,    *
                                   *   Appeal from the United States
     v.                            *   District Court for the
                                   *   Northern District of Iowa.
Darby Lee Hager,                   *
                                   *        [UNPUBLISHED]
          Defendant - Appellant.   *


Submitted:  June 11, 1996

Filed:  June 27, 1996


Before  MORRIS  SHEPPARD  ARNOLD  and  FLOYD  R.  GIBSON,  Circuit  Judges,
     and ROSENBAUM,[*] District Judge.


PER CURIAM.

     Darby Lee Hager appeals his conviction for committing bank larceny
in violation of 18 U.S.C. § 2113(b) (1994).  His sole ground for reversal
is premised upon an allegation of plain error.  Having carefully reviewed
the record and the parties' briefs, we conclude that the district court[1]
did not commit plain error in this case.  Because an opinion would lack
precedential value, we summarily affirm.  See 8th Cir. R. 47B.

_____

     [*]The HONORABLE JAMES M. ROSENBAUM, United States District
Judge for the District of Minnesota.

     [1]The HONORABLE MICHAEL J. MELLOY, Chief United States
District Judge for the Northern District of Iowa.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.